OPINION — AG — CAN OR CANNOT THE COMMISSIONER OF CHARITIES AND CORRECTIONS BE AUTHORIZED TO COMMENCE, AND PROSECUTE, AN ACTION IN DISTRICT COURT OF THIS STATE, AS " NEXT FRIEND " OF AN ADULT INMATE OF ONE OF THE MENTAL INSTITUTIONS MAINTAINED AND OPERATED BY THE STATE, TO PARTITION REAL PROPERTY IN WHICH SUCH INMATE HAS AN UNDIVIDED ONE SIXTH INTEREST? — NEGATIVE CITE: 74 O.S.H. 181 (JAMES HARKIN)